IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DELBERT ALLMAN, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CASE NO. 2:11-CV-24-WKW ) |
| CREEK CASINO WETUMPKA, *et al.,* | ) ) ) ) |
|     Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge, and upon an independent review of the record, it is ORDERED that the Recommendation is adopted and that this case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for lack of subject matter jurisdiction.

A separate final judgment will be entered.

DONE this 13th day of June, 2011.

                                              /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE